UNITED STATES of America,
Plaintiff–Appellee,

v.

Piedad Elena ECHAVARRIA,
Defendant–Appellant.

No. 07–12022
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 4, 2008.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

William M. Norris, William M. Norris, P.A., Miami, FL, for Defendant–Appellant.

Before ANDERSON, HULL and WILSON, Circuit Judges.

PER CURIAM:

William N. Norris, appointed counsel for Piedad Elena Echavarria in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's

assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Echavarria's conviction and sentence are **AFFIRMED.**